IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ATLAS GLOBAL TECHNOLOGIES LLC | § § § | Civil Action No. 2:21-cv-00304 |
| Plaintiff, | § § § | Jury Trial Requested |
| v. | § § | |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.; | § § § § § | |
| Defendants. | § § | |

## CORPORATE DISCLOSURE STATEMENT OF ATLAS GLOBAL TECHNOLOGIES LLC

Pursuant to Federal Rule of Civil Procedure 7.1, Atlas Global Technologies LLC ("Atlas") makes this Corporate Disclosure Statement. Atlas is a limited liability company organized under the laws of Texas. Atlas is a wholly owned subsidiary of Acacia Research Group, a Texas limited liability company. Acacia Research Group is a wholly owned subsidiary of Acacia Research Corporation, a Delaware corporation. Acacia Research Corporation is a publicly traded company.

Dated: August 11, 2021

Respectfully submitted,

/s/ *Blaine A. Larson*

Michael F. Heim
Texas State Bar No. 09380923
Eric J. Enger
Texas State Bar No. 24045833
Blaine A. Larson
Texas State Bar No. 24083360

1

Alden G. Harris
Texas State Bar No. 24083138
**HEIM, PAYNE & CHORUSH, LLP**
1111 Bagby, Suite 2100
Houston, Texas 77002
Telephone: (713) 221-2000
Facsimile: (713) 221-2021
mheim@hpcllp.com
eenger@hpcllp.com
blarson@hpcllp.com
aharris@hpcllp.com

*ATTORNEYS FOR ATLAS GLOBAL TECHNOLOGIES LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service on this the 11th day of August, 2021.

*/s/ Blaine A. Larson*
Blaine A. Larson