IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ATLAS GLOBAL TECHNOLOGIES LLC § § § § | | |
| Plaintiff, § § § | Civil Action No. 2:21-cv-00304 | |
| v. § § | | |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.; § § § § § § | | |
| Defendants. § | | |

### Joint Motion to Dismiss

WHEREAS, Plaintiff Atlas Global Technologies LLC and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. have resolved Plaintiff's claims for relief against Defendants asserted in this case.

NOW, THEREFORE, Plaintiff and Defendants through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Defendants with prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

A proposed order accompanies this motion.

AGREED this 6th day of December, 2021.

Respectfully submitted,

*/s/ Max L. Tribble*
Max L. Tribble, Jr.
Texas State Bar No. 20213950
Joseph S. Grinstein
Texas State Bar No. 24002188

1

**SUSMAN GODFREY, LLP**
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
mtribble@susmangodfrey.com
jgrinstein@susmangodfrey.com
asalinas@susmangodfrey.com

Kalpana Srinivasan
California State Bar No. 237460
Oleg Elkhunovich
California State Bar No. 269238
**SUSMAN GODFREY, LLP**
1900 Avenue of the Stars, 14th Floor
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
ksrinivasan@susmangodfrey.com
oelkhunovich@susmangodfrey.com

Michael F. Heim
Texas State Bar No. 09380923
Eric J. Enger
Texas State Bar No. 24045833
Blaine A. Larson
Texas State Bar No. 24083360
Alden G. Harris
Texas State Bar No. 24083138
William B. Collier, Jr.
Texas State Bar No. 24097519
**HEIM, PAYNE & CHORUSH, LLP**
1111 Bagby, Suite 2100
Houston, Texas 77002
Telephone: (713) 221-2000
Facsimile: (713) 221-2021
mheim@hpcllp.com
eenger@hpcllp.com
blarson@hpcllp.com
aharris@hpcllp.com
wcollier@hpcllp.com

*ATTORNEYS FOR ATLAS GLOBAL TECHNOLOGIES LLC*

/s/ Melissa R. Smith
Melissa R. Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue Marshall, Texas 75670 Telephone: 903.934.8450 Facsimile: 903.934.9257

*ATTORNEY FOR SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.;*

### Certificate of Service

The undersigned certifies that on December 6, 2021, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and all counsel of record will receive an electronic copy via the Court's CM/ECF system.

/s/ Max L. Tribble
Max L. Tribble, Jr.